IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BANNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE LINCOLN UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION | : | NO.: 23-cv-1429 |

## O R D E R

**AND NOW**, this **21ˢᵗ** day of **July 2023**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Lynne A. Sitarski.</u>

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

  /s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court