IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TUESDAY BANNER,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | NO. 23-1429 |
| **THE LINCOLN UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,** | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW, TO WIT:** This 10th day of October, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Clerk of Court is directed to mark this case closed.

                                                  GEORGE WYLESOL
                                                  Clerk of Court

**BY:**

                                                  */s/ Sharon Lippi*
                                                  **Sharon Lippi, Civil Deputy Clerk**
                                                  **To Hon. Mitchell S. Goldberg**